UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WESLEY DANA PLANTE d/b/a
LAND PLAN ASSOCIATES

v.  CA 10-217 ML

URSILLO, TEITZ, and RITCH,
Attorneys-at-Law

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Martin on May 20, 2010. Magistrate Judge Martin recommends that the Complaint be dismissed pursuant to 28 U.S.C. § 1915. Plaintiff has filed a timely "objection" (Docket #5), however, this Court, having reviewed what Plaintiff has filed, shares Magistrate Judge Martin's assessment that the Complaint and Plaintiff's objection (entitled "Plaintiff's Reasons to Summarily Vacate Defendants Plea to Denial and All Past Cases of Slander and Libel in this Court) are largely incomprehensible. This Court, therefore, adopts the Report and Recommendation in its entirety. The Complaint is DISMISSED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
June 2 , 2010